IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SALLY MURRELL

                Plaintiff,

v.                                           Civil Action No.1 :08-cv-00401 (RCL)

STEVEN C. PRESTON
Administrator, Small Business Administration
409 3rd Street, SW
Washington, DC 20416

                Defendant

## PROOF OF SERVICE

Attached hereto are return receipt cards from the United States Postal Service reflecting service of the summons and complaint by certified mail on the defendant herein, as well as the Attorney General and the United States Attorney, as provided in F.R.Civ.P. 4(i). Service on the United States Attorney was effected on March 6, 2008.

_____
Richard A. Salzman, 422497
HELLER, HURON, CHERTKOF
LERNER, SIMON & SALZMAN
1730 M Street, NW
Suite 412
Washington, DC 20036
(202) 293-8090

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Proof of Service was served by first class mail, postage prepaid on March 6, 2008 to:

STEVEN C. PRESTON
Administrator, Small Business Administration
409 3rd Street, SW
Washington, DC 20416

Richard A. Salzman

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SALLY MURRELL
10559 Tolling Clock Way
Columbia, MD 21044

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
Administrator, Small Business Administration
409 3rd St., SW
Washington, DC 20416

CASE

Case: 1:08-cv-00401
Assigned To : Lamberth, Royce C.
Assign. Date : 3/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

STEVEN C. PRESTON
Administrator, Small Business Administration
409 3rd Street, SW
Washington, DC 20416

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD A. SALZMAN (422497)
Heller, Huron, Chertkof, Lerner
 Simon & Salzman, PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAR - 5 2008
CLERK                                  DATE

_/s/ Maureen_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/06/08 |
| NAME OF SERVER *(PRINT)* Gretchen R. Waller | TITLE Legal Assistant/Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail/Return Receipt

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/06/08
              *Date*

*Signature of Server:* Gretchen R. Waller

Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW, Suite 412, Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Re: Sally Murrell

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shepird_ ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br>STEVEN C. PRESTON<br>Administrator<br>Small Business Administration<br>409 3rd St, SW<br>Washington, DC 20416 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 3110 0004 1112 4800 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-0381



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 5.94 |

Postmark Here

Sent To: STEVEN C. PRESTON Administrator
Street, Apt. No.; or PO Box No.: Small Business Administration
409 3rd St, SW
City, State, ZIP+4: Washington, DC 20416

PS Form 3800, June 2002    See Reverse for Instructions

7003 3110 0004 1112 4800

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SALLY MURRELL
10559 Tolling Clock Way
Columbia, MD 21044

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
Administrator, Small Business Administration
409 3rd St., SW
Washington, DC 20416

CASE   Case: 1:08-cv-00401
Assigned To : Lamberth, Royce C.
Assign. Date : 3/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

MICHAEL B. MUKASEY
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD A. SALZMAN (422497)
Heller, Huron, Chertkof, Lerner
 Simon & Salzman, PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                             MAR - 5 2008
CLERK                                                DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/06/08 |
| NAME OF SERVER (PRINT) Gretchen R. Waller | TITLE Legal Assistant/Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail/Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/06/08          *Gretchen R. Waller*
            Date              Signature of Server

Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW, Suite 412, Washington, DC 20036
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Re: Sally Murrell

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.14 |
| Certified Fee | | 2.65 |
| Return Reciept Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | 5.94 |

Postmark Here — Farragut USPS WDC 20033-9998

Sent To: Michael B Mukasey, Attorney General for the US
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, June 2002    See Reverse for Instructions

Article number: 7003 3110 0004 1112 4817

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Michael B. Mukasey
Atty General of the US
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Emily Perko_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MAR 10 2008
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 1112 4817

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SALLY MURRELL
10559 Tolling Clock Way
Columbia, MD  21044

**SUMMONS IN A CIVIL CASE**

V.

STEVEN C. PRESTON
Administrator, Small Business Administration
409 3rd St., SW
Washington, DC 20416

CASE:

Case: 1:08-cv-00401
Assigned To : Lamberth, Royce C.
Assign. Date : 3/5/2008
Description: Employ. Discrim.

TO: (Name and address of Defendant)

JEFFREY A. TAYLOR
United States Attorney for the District of Columbia
U.S. Department of Justice, Judiciary Center
555 4th Street, NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RICHARD A. SALZMAN (422497)
Heller, Huron, Chertkof, Lerner
  Simon & Salzman, PLLC
1730 M Street, NW, Suite 412
Washington, DC  20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR -5 2008
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/06/08 |
| NAME OF SERVER (PRINT) Gretchen R. Waller | TITLE Legal Assistant/Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail/Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/06/08
             *Date*

*Signature of Server* Gretchen R. Waller

Heller, Huron, Chertkof, Lerner, Simon & Salzman
1730 M Street, NW, Suite 412, Washington, DC 20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Re: Sally Murrell

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Reciept Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.94 |

Postmark Here — Farragut USPS 03/__/2008 WDC 20033-9998

Sent To: JEFFREY A. Taylor, US Atty for
Street, Apt. No.: The District of Columbia
or PO Box No. US Dept of Justice
City, State, ZIP+4: 555 4th St NW
Washington, DC 20530

PS Form 3800, June 2002       See Reverse for Instructions

7003 3110 0004 1112 4824

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JEFFREY A. TAYLOR
   US Attorney for The
   District of Columbia
   U.S. Dept. of Justice
   555 4th St NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery: MAR 10 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0004 1112 4824

PS Form 3811, August 2001       Domestic Return Receipt       102595-01-M-0381