UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SALLY MURRELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0401 (RCL) |
| STEVEN C. PRESTON, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

The Defendant, Steven C. Preston, Administrator, Small Business Administration, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250