UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY MURRELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0401 (RCL) |
| STEVEN C. PRESTON, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION, | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, Steven C. Preston, Administrator of the Small Business Administration, through his undersigned counsel, hereby respectfully requests an enlargement of time, until and including May 21, 2008, within which to file his answer or other response to the complaint filed herein. Defendant's answer or other response is now due on May 12, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Plaintiff does not oppose this motion.

There is good cause for this motion. Agency counsel has been unable to obtain all of the records necessary to prepare an answer or other response to Plaintiff's complaint. Thus, additional time is needed to obtain and review the records, and prepare Defendant's answer or other response to the complaint herein.

Accordingly, Defendant is requesting an extension of time until and including May 21, 2008, to file his answer or other response to Plaintiff's complaint.

For the foregoing reasons, Defendant respectfully requests that this unopposed motion for

an enlargement of time be granted.

                                              Respectfully submitted,

                                              /s/
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney

                                              /s/
                                              JUDITH A. KIDWELL
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.- Civil Division
                                              Room E4905
                                              Washington, D.C. 20530
                                              (202) 514-7250
                                              Judith.A.Kidwell @usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
SALLY MURRELL,                           )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )   Civil Action No. 08-0401 (RCL)
                                         )
STEVEN C. PRESTON, ADMINISTRATOR,        )
SMALL BUSINESS ADMINISTRATION,           )
                                         )
        Defendant.                       )
_____ )

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file his answer or other response to Plaintiff's complaint, it is this _____ day of May, 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **May 21, 2008**, to file his answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE