UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY MURRELL,<br><br>        Plaintiff,<br><br>v.<br><br>STEVEN C. PRESTON, ADMINISTRATOR,<br>SMALL BUSINESS ADMINISTRATION,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0401 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for An Enlargement of Time to file his answer or other response to Plaintiff's complaint, it is this 4th day of June, 2008,

**ORDERED** that Defendant's motion is **GRANTED** *nunc pro tunc*; and it is

**FURTHER ORDERED** that Defendant shall have until and including **May 21, 2008**, to file his answer or other response to the complaint herein, and the answer filed that date shall be deemed timely filed.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 4, 2008.