IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY MURRELL ) <br> ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No.: 08-0401 (RCL) <br> v. ) <br> ) <br> STEVEN C. PRESTON ) <br> Administrator, Small Business Administration ) <br> ) <br> Defendant. ) <br> _____ ) | |

## SCHEDULING ORDER

Having considered the parties' Joint Rule 16.3 Report, the following schedule shall govern this case:

1. <u>Initial Disclosures</u>: The parties shall exchange Initial Disclosures fourteen days after the Scheduling Order is issued by the Court.

2. <u>Protective Order</u>: The parties shall endeavor to agree upon the terms of a protective order; if the parties are unable to agree upon such terms then either party may file a Motion for Protective Order prior to the disclosure of any highly confidential material in discovery.

3. <u>Discovery and Experts</u>: Discovery shall remain open for 180 days following the issuance of this Scheduling Order. The standard limits on discovery shall apply, including (1) a one day seven hour duration of all depositions, (2) a limit of 10 depositions per side, and (3) a limit of 30 separate interrogatories per side. Any party proposing an expert shall provide expert designations and reports at least 30 days prior to the close of discovery. Expert depositions may be taken any time within 45 days after the close of discovery.

2

    4. <u>Dispositive Motions</u>:  Any summary judgment motion shall be filed no later than 60 days after the close of discovery, with oppositions due 30 days thereafter, and replies due 15 days after the opposition.

    5. <u> Status </u> Conference:  There shall be a status conference in the courtroom of the undersigned Judge after any dispositive motion(s) are decided.  Dates for pretrial and trial will be set at that time.

    SO ORDERED.

                                                        /s/
                                        Hon. Royce C. Lamberth
                                        Chief Judge