IN THE UNITED STATES DISTRICT COURT{PRIVATE }
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY MURRELL )<br>)<br>)<br>Plaintiff, )<br>)  Civil Action No.:  08-0401 (RCL)<br>v. )<br>)<br>JOVITA CARRANZA, Acting Administrator )<br> Small Business Administration )<br>)<br>Defendant. )<br>_____ ) | |

**JOINT MOTION TO REFER CASE TO MEDIATION
AND STAY DISCOVERY**

The parties have had initial discussions about a potential resolution of this case, and believe that it would be productive to refer the case for formal mediation through this Court's mediation program.  Because the parties would like to fully explore the issue of settlement before further resources are devoted into the case in discovery, the parties also jointly request an Order staying discovery for a period of 60 days.  A proposed Order is attached.

Respectfully Submitted,

_____/s/_____         _____/s/_____
Richard A. Salzman (#422497)         Jeffrey E. Taylor, 498610
      Rudolph Contreras 434112
HELLER, HURON, CHERTKOF,         Judith A. Kidwell
LERNER, SIMON & SALZMAN         Assistant United States Attorney
1730 M St., NW         Room E4905
Washington, DC 20036         Washington, D.C. 20530
(202) 293-8090         (202) 514-7250
      Judith.A.Kidwell @usdoj.gov
Counsel for Plaintiff         Counsel for Defendant

30507591v2

IN THE UNITED STATES DISTRICT COURT{PRIVATE }
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY MURRELL )<br>)<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN C. PRESTON )<br>Administrator, Small Business Administration )<br>)<br>  Defendant. )<br>_____ ) | Civil Action No.: 08-0401 (RCL) |

## **PROPOSED ORDER**

The Court hereby GRANTS the parties' Joint Motion to Refer Case to Mediation and Stay Discovery. Accordingly, the Scheduling Order previously issued by this Court is hereby stayed for a period of 60 days, and the Court hereby refers this case to the mediation program for assignment of a mediator. The parties shall report back to the Court upon the conclusion of the mediation.

_____
United States District Court

30507591v2