UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALLY MURRELL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-401 (RCL) |
| ) | |
| STEVEN C. PRESTON, ADMINISTRATOR, ) | |
| SMALL BUSINESS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court hereby GRANTS the parties' Joint Motion to Refer Case to Mediation and Stay Discovery. Accordingly, the Scheduling Order previously issued by this Court is hereby stayed for a period of 60 days, and the Court hereby refers this case to the mediation program. It is

ORDERED, that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive's Office for the purpose of assigning a mediator; and it is

FURTHER ORDERED, that counsel and parties, including persons with settlement authority, attend mediation; and it is

FURTHER ORDERED, that mediation efforts be concluded within 60 days of this date; and it is

FURTHER ORDERED, that if the case settles in whole or in part, counsel shall advise the Court of the settlement by filing a stipulation.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 5, 2008.